# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKAS SALARIA, | Case No.: 26-cv-00648-DMS-BLM |
| Petitioner, | **ORDER ON JOINT MOTION TO DISMISS** |
| v. | |
| KRISTI NOEM; et al., | |
| Respondents. | |

Having considered the parties' Joint Motion to Dismiss, and finding good cause therefor, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

Dated:  March 3, 2026

_____
Hon. Dana M. Sabraw
United States District Judge